**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DANIEL PLUNKETT**                                                        **PETITIONER**

**VS.**                  **CASE NO. 5:08CV00102 SWW**
**LARRY NORRIS, Director of the**                            **RESPONDENT**
**Arkansas Department of Correction**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young.  After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their their entirety as this Court's findings in all respects.  Judgment will be entered accordingly.

IT IS SO ORDERED this 22nd ay of September 2008.

                                                 /s/Susan Webber Wright

                                                 UNITED STATES DISTRICT JUDGE